UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID L. TERMARSCH
and all others similarly situated,

      Plaintiff,

v.                                          Case No.  8:07-cv-1580-T-24-TBM

NEW CENTURY MORTGAGE CORPORATION;
BRAD A. MORRICE, an individual;
DEUTSCHE BANK NATIONAL TRUST
COMPANY; SETH WAUGH, an individual;
UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF MICHIGAN; PATRICT J.
DUGGAN, an individual; 71A DISTRICT COURT,
LAPEER COUNTY MICHIGAN; LAURA
CHEGER BARNARD, an individual; LIPSON
NEILSON COLE SELTZER GARIN P.C.;
THOMAS G. COSTELLO, an individual;
FABRIZIO & BROOK, P.C.; JONATHAN
L. ENGMAN, an individual; MARLENE M.
BURNS, an individual; MELISSA R. DEVAUGH,
an individual; JOHN AND JANE DOE'S 1-99,

      Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff, David L. TerMarsch's Motion for Judgment by Default against Defendant Deutsche Bank National Trust Company (Doc. No. 11). The Court notes that on October 11, 2007, the Court entered an Order dismissing this case without prejudice due to improper venue (Doc. No. 10).  Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Judgment by Default is **DENIED AS MOOT**.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Counsel of Record