UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID L. TERMARSCH
and all others similarly situated,

      Plaintiff,

v.                                              Case No.  8:07-cv-1580-T-24-TBM

NEW CENTURY MORTGAGE CORPORATION;
BRAD A. MORRICE, an individual;
DEUTSCHE BANK NATIONAL TRUST
COMPANY; SETH WAUGH, an individual;
UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF MICHIGAN; PATRICT J.
DUGGAN, an individual; 71A DISTRICT COURT,
LAPEER COUNTY MICHIGAN; LAURA
CHEGER BARNARD, an individual; LIPSON
NEILSON COLE SELTZER GARIN P.C.;
THOMAS G. COSTELLO, an individual;
FABRIZIO & BROOK, P.C.; JONATHAN
L. ENGMAN, an individual; MARLENE M.
BURNS, an individual; MELISSA R. DEVAUGH,
an individual; JOHN AND JANE DOE'S 1-99,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on Plaintiff, David L. TerMarsch's Motion to Reconsider Venue (Doc. No. 17).  On October 11, 2007, this Court entered an Order dismissing this case without prejudice for improper venue (Doc. No. 10).  On October 24, 2007, Plaintiff filed the instant motion asking the Court to reconsider its Order.

There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to

prevent manifest injustice.  <u>Sussman v. Salem, Saxon & Nielsen, P.A.</u>, 153 F.R.D. 689, 694 (M.D. Fla. 1994)(citations omitted).  The Court notes that reconsideration of a previous order is an extraordinary remedy to be employed sparingly.  <u>See</u> <u>id.</u> (citations omitted).  Plaintiff argues that his motion is based on the need to correct clear error or to prevent manifest injustice.

The Court, having considered all of the relevant information, finds that reconsideration of its order dismissing the instant case without prejudice for improper venue is not warranted.  Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion to Reconsider Venue (Doc. No. 17) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Counsel of Record